◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KENNETH GREGORY THOMPSON** | Crim. No.   5:09-CR-76-001 (CAR) |

Kenneth Thompson has substantially complied with the rules and regulations of supervised release. As he was sentenced as an armed career criminal, his case does not meet the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. However, based on his compliance under supervision, his case does meet the Chief U.S. Probation Officer's post-conviction supervision policy exception guidance. The probation office opines Thompson is no longer in need of supervision. Therefore, it is recommended his supervised release be terminated early.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___9___ day of ___Jan.___, 2025.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE